AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA, ROME DIVISION__

Clara C. Marsh, Tommy Ray Brent Marsh and Clara C. Marsh as administratrix of the estate of Tommy Ray Marsh

V.

Plaintiff Class Members: Carol Bechtel and All Other Similarly Situated Persons Not Listed as Participants in Plaintiff Class

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 4:07 CV- 143 HLM

TO: (Name and address of Defendant)

Plaintiff Class Members counsel
Robert M. Smalley McCamy Phillips Tuggle & Fordham
P.O. Box 1105, 411 West Crawford Street, Dalton, GA 30720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Goins Carpenter & James/Stuart F. James
736 Cherry Street, Third Floor, Heritage Center, Chattanooga, TN 37402
(423) 756-3646
Jenkins & Olson/Frank E. Jenkins
15 South Public Square Cartersville, GA 30120
(770) 387-1373

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                    7/19/07
CLERK                                              DATE

(By) DEPUTY CLERK