AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA, ROME DIVISION__

Clara C. Marsh, Tommy Ray Brent Marsh and
Clara C. Marsh as administratrix of the estate of
Tommy Ray Marsh

V.

Plaintiff Class Members: Carol Bechtel and All
Other Similarly Situated Persons Not Listed as
Participants in Plaintiff Class

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

4:07 CV - 143 HLM

TO: (Name and address of Defendant)

Plaintiff Class Members counsel
Robert M. Smalley McCamy Phillips Tuggle & Fordham
P.O. Box 1105, 411 West Crawford Street, Dalton, GA 30720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Goins Carpenter & James/Stuart F. James
736 Cherry Street, Third Floor, Heritage Center, Chattanooga, TN 37402
(423) 756-3646
Jenkins & Olson/Frank E. Jenkins
15 South Public Square Cartersville, GA 30120
(770) 387-1373

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                    7/19/07
CLERK                                              DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/19/07 |
| NAME OF SERVER (PRINT) Linda Chambers | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:   Lisa, McCamy, Phillips, Tuggle + Fordham

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/20/07
             Date

Linda Chambers
Signature of Server

736 Cherry Street, Third Floor
Chattanooga TN 37402
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.