UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CLARA C. MARSH, TOMMY RAY BRENT MARSH and the ESTATE of TOMMY RAY MARSH, | * * * * * |
| Plaintiffs, | * * |
| vs | *   4:07-CV-00143-HLM * |
| PLAINTIFF CLASS MEMBERS: CAROL A. BECHTEL et al, | * * * |
| Defendants. | * |

ORDER

Upon Joint Motion and agreement of the parties, and for good cause shown, it is hereby

ORDERED that the Defendant Plaintiff Class Members have an additional 60 days in which to answer or otherwise plead in this matter.

This _____ day of _____2007.

_____
JUDGE

Approved for entry
GOINS CARPENTER & JAMES

**s/Stuart F. James**
STUART F. JAMES, GA Bar #389355
736 Cherry Street, Third Floor
Heritage Center
Chattanooga, TN 37402
(423) 756-3646
sfj@gcjpc.com

## **CERTIFICATE OF SERVICE**

I, hereby certify that on this 9th day of August 2007 that I have filed the foregoing document electronically with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing with the following attorneys of record or by other means to:

JENKINS & OLSON
FRANK E. JENKINS, III
15 South Public Square
Cartersville, GA 30120
fjenkins@jnlaw.com

Robert H. Smalley , Jr
McCamy Phillips Tuggle Fordham
P.O. Box 1105
Dalton, GA 30722
rsmalley@mccamylaw.com


Benjamin A. Land
Buchanan & Land
1425 Wynnton Road
PO B ox 2848
Columbus, GA 31902
benland@buchananland.com


                                        GOINS CARPENTER & JAMES

                                        ***s/Stuart F. James***
                                        STUART F. JAMES, GA Bar #389355

736 Cherry Street, Third Floor
Heritage Center
Chattanooga, TN 37402
(423) 756-3646
sfj@gcjpc.com