IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Clara C. Marsh, et al.,

    Plaintiffs,

v.

Plaintiff Class Members:
Carol A. Bechtel, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 4:07-CV-0143-HLM

## ORDER

This case is before the Court on the parties' Joint Motion to Continue [6].

The Court **GRANTS** the parties' Joint Motion to Continue [6], and **EXTENDS** the time for Defendants to answer, or otherwise respond, to Plaintiffs' Complaint for sixty days. The Court **DIRECTS** counsel to comply with

AO 72A
(Rev.8/82)

Local Rule 5.1, which sets forth formatting and type requirements, for all future filings.

IT IS SO ORDERED, this the 10² day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE