UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CLARA C. MARSH, et. Al | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs | *   4:07-CV-00143-HLM |
| | * |
| PLAINTIFF CLASS MEMBERS: | * |
| CAROL A. BECHTEL et al, | * |
| | * |
| Defendants. | * |

NOTICE OF DISMISSAL

Come now the Plaintiffs, by and through their attorneys of record, and pursuant to F.R.C.P. 41(a)(1) hereby stipulate that the foregoing action is dismissed with prejudice by the plaintiffs in this cause. The plaintiffs represent to the court that said stipulation is appropriate as no responsive pleadings have been filed by any parties in this cause. The stipulation of dismissal with prejudice is filed due to the settlement in the federal class action styled In Re: Tri-State Crematory Litigation, District Court for the Northern District of Georgia, Rome Division, MDL Docket No. 1467.

Respectfully submitted,
GOINS CARPENTER & JAMES

*s/Stuart F. James*
STUART F. JAMES, GA Bar #389355

736 Cherry Street, Third Floor
Heritage Center
Chattanooga, TN 37402
(423) 756-3646
sfj@gcjpc.com

                                        JENKINS & OLSON
                                        *s/Frank E. Jenkins, III*

FRANK E. JENKINS, III
15 South Public Square
Cartersville, GA 30120
fjenkins@jnlaw.com


## CERTIFICATE OF SERVICE

I, hereby certify that on this 14th day of September 2007 that I have filed the foregoing document electronically with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing with the following attorneys of record or by other means to:

Michael McGlamry
Pope, McGlamry, Kilpatrick, Morrison & Norwood
The Pinnacle
3455 Peachtree Road, N.E., Suite 925
P.O. Box 191625 (31119-1625)
Atlanta, Georgia 30326-3243
mmcglamry@pmkm.com


Duke Groover
James, Bates, Pope & Spivey
438 Cotton Ave.
Macon, GA 31201
dgroover@jbpslaw.com

Robert H. Smalley , Jr
McCamy Phillips Tuggle Fordham
P.O. Box 1105
Dalton, GA 30722
rsmalley@mccamylaw.com


Benjamin A. Land
Buchanan & Land
1425 Wynnton Road
PO B ox 2848
Columbus, GA 31902
benland@buchananland.com

                              GOINS CARPENTER & JAMES

                              *s/Stuart F. James*
                              STUART F. JAMES